LDA

# Petition for Relief From a Conviction or Sentence By a Person in State Custody

## (Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

CA 08 253S

### Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $ _____, you must pay the filing fee.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

   Clerk, United States District Court for Rhode Island
   Address One Exchange Treeace
   City, State Zip Code Providence RI, 02903

9. CAUTION: You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

10. CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Rhode Island |
|---|---|
| Name (under which you were convicted): William Willis | Docket or Case No.: C.A. NO: 05-17A |
| Place of Confinement: Bristol County sheriff's 400 Faunce Corner Rd. North Dartmouth Ma. 02747 | Prisoner No.: (RI No#94908) Ma No # 147722 |
| Petitioner (include the name under which you were convicted): William Willis | v. Respondent (authorized person having custody of petitioner): Bristol County Sheriff's office Thomas Hodgson |
| The Attorney General of the State of Rhode Island | |

PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Rhode Island Superior Court 250 Benefit st Providence 02903

   (b) Criminal docket or case number (if you know): PM-03-3253 (06-28A) (C.A. 05-17A)

2. (a) Date of the judgment of conviction (if you know): Oct. 30, 2002

   (b) Date of sentencing: Oct 30, 2002

3. Length of sentence: 20 Years 8 to serve 12 suspended, Probation

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: April 5, 2001 I was arested on First and second degree Child Molestation sexual Assault on a six Year old Gril.

6. (a) What was your plea? (Check one)

   (1) Not guilty ☐ (3) Nolo contendere (no contest) ☑

   (2) Guilty ☐ (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? The State 48A counts 1,2,3, and Pleaed Nolo to Counts 4,5 of the indictment after the State 'drop' count 4 from First degree to second degree of the indictment.

N/A

N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☐ Judge only ☑

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☑ No ☐

8. Did you appeal from the judgment of conviction?

Yes ☑ No ☐

9. If you did appeal, answer the following:

(a) Name of court: Providence Superior Courty Rhode Island

(b) Docket or case number (if you know): P1-01-3190 (PM-03-3253) (06-28-A)

(c) Result: A denied under 'Strickland' Post-conviction

(d) Date of result (if you know): June 9, 2004

(e) Citation to the case (if you know): don't know

(f) Grounds raised: exculpatory Evidence Medeal Records of vasectomy and eyewitness Statment raised as Newly discovered evidence. ineffective assistence of Counsel. failed to investigate and present 'material fact'.

(g) Did you seek further review by a higher state court? Yes ☑ No ☐

If yes, answer the following:

(1) Name of court: Providence Supreme Court Rhode Island

(2) Docket or case number (if you know): PM.03-3253 (06-28-A)

(3) Result: Remand to Supecior Court from the Office of the Attorney General Patrick Lynch

(4) Date of result (if you know): February 26, 2007

(5) Citation to the case (if you know): don't know or have one

(6) Grounds raised: exculpatory Evidence Medcal Records of vasectomy and eyewitness Statment raised as Newly discovered evidence ineffective assistence of counsel.

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☑

If yes, answer the following:

(1) Docket or case number (if you know): don't know

(2) Result: A second appeal was on the first appeal To reopen original" Post-conviction after being denied

(3) Date of result (if you know): don't know 12A Pre-Brief Notice sent Fed 2006

(4) Citation to the case (if you know): N/A

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Providence Superior Court

(2) Docket or case number (if you know): 'don't know

(3) Date of filing (if you know): don't know

(4) Nature of the proceeding: To reopen first post-conviction

(5) Grounds raised: Evidence me and my attorney thought was Newly-discover, was not newly-discovered, but has 'material facts' that was, would Probly change the out come 'Had' it gone to trial. My fomer Attorneys failed to Attemting to "persent this evidence from eyewitness and Medcal evidence vasectomy.

N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☑ No ☐

(7) Result: Denied was told the "Evidence did not meet Criteria"

(8) Date of result (if you know): Dec. 6, 2005

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Providence Supreme Court

(2) Docket or case number (if you know): don't know

(3) Date of filing (if you know): Dec. 9, 2005

(4) Nature of the proceeding: to reopen Original Post-conuiction

(5) Grounds raised: for reconsidection on a separate 'Issue' of "Ineffective assistance of counsel."

N/A

N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☑

(7) Result: N/A

(8) Date of result (if you know): N/A

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised: N/A

N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☑ No ☐

(7) Result: docketed Supreme Court C.A.No: 05-17A

(8) Date of result (if you know): Prior to Feb. 10, 2005

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion? No

(1) First petition: Yes ☐ No ☑

(2) Second petition: Yes ☐ No ☑

(3) Third petition: Yes ☐ No ☑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Never got final Judgment till now.

N/A

N/A

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Ineffective assistance of counsel under the 6th amend.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Conviction obtained byuse of 'coerced' confession never wanted to go to trial, among other Constitutional violation that was argued at and during the post-conviction hearing

(b) If you did not exhaust your state remedies on Ground One, explain why: State remedy exhausted

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: could not direct appeal took 'Plea' went through Post-conviction raised issues in petition for post-conviction relelf application.

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: post-Conviction proceeding

Name and location of the court where the motion or petition was filed: Providence Superior Court. 250 Benefit st 02903

Docket or case number (if you know): PM, 03-3253

Date of the court's decision: June 10, 2004

Result (attach a copy of the court's opinion or order, if available): See attach copys

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Providence Supreme Court. 250 Benefit st Providence 02903

Docket or case number (if you know): No; 06-28-A

Date of the court's decision: June 9, 2004

→ Result (attach a copy of the court's opinion or order, if available): see attach copys

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

N/A

N/A

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: petition 12 A Statment.

GROUND TWO: In effective assistance of counsel and was forced to accept the deal.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Failure to secure exculpatory evidence of "medical evidence of vasectomy and eyewitness statment befor the eyewitness left state."

(b) If you did not exhaust your state remedies on Ground Two, explain why: Remedies exhaust

(c) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: Didn't meet the "criteria" for newly discovered evidence

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Petition for Post-Conviction relief

Name and location of the court where the motion or petition was filed: Providence Superior Court

Docket or case number (if you know): PM / 03-3253

Date of the court's decision: April 5th 2004

Result (attach a copy of the court's opinion or order, if available): in paper work.

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Providence Supreme Court 250 Benefit St.

Docket or case number (if you know): No: 06-28-A

Date of the court's decision: December 6. 2007

Result (attach a copy of the court's opinion or order, if available): see attached copy

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: Issues raised.

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: Not newly discovered. "Material" evidence that was there and this evidence was not presented before the Court - 12-A Pre-Brief Notice Sent.

GROUND THREE: Prejudice, Bias 5th, 6th, 14th amend of Constitution

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): By type of Charge afraid of recieving maximum sentence explained by Counsel if I didn't take guilty plea. Threatend and intimidated.

(b) If you did not exhaust your state remedies on Ground Three, explain why: remedy exhausted

(c) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: Issues raised

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: post-conviction

Name and location of the court where the motion or petition was filed: Providence Superior Court 250 Benefit St

Docket or case number (if you know): PM. 03-3253

Date of the court's decision: June 9, 04

→ Result (attach a copy of the court's opinion or order, if available): see attached copys

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Providence Supreme Court 250 Benefit st

Docket or case number (if you know): 06-28-A

Date of the court's decision: Feb. 26, 2007

→ Result (attach a copy of the court's opinion or order, if available): see attached copys

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: Issues raised

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: All Issues raised on Appeals and now filing Habeas Corpus Petition.

GROUND FOUR: Equal Protection Of The Laws

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Bring eyewitness and medical information before the Court.

(b) If you did not exhaust your state remedies on Ground Four, explain why: Issues raised

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: Issues raised

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: post-Conviction

Name and location of the court where the motion or petition was filed: Providence Superior Court. 06-28-A

Docket or case number (if you know): 06-28-A

Date of the court's decision: 2/26/07

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Providence Supreme Court 250 Benefit St.

Docket or case number (if you know): PM- 03-3253

Date of the court's decision: 2/26/07

Result (attach a copy of the court's opinion or order, if available): see attached copys

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: All Claims Raised

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: Filing Habeas Corpus to Claim as of now.

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes ☑ No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: N/A

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ☐ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☐ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. N/A

N/A

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Christin O'connell ESQ.

(b) At arraignment and plea: Damon D'Ambrosio ESQ. 663 Admiral Street Providence R.I. 02908

(c) At trial: Damon D'Ambrosio ESQ. 663 Admiral Street Providence R.I. 02908

(d) At sentencing: Damon D'Ambrosio ESQ. 663 Admiral Street Providence R.I. 02908

(e) On appeal:

(f) In any post-conviction proceeding: Kenneth C. Vale ESQ #3277 62 Soskanosset Rd Suite 2B William Willis #94908 Med.1 PO Box 8274 Cranston R.I. 02920

(g) On appeal from any ruling against you in a post-conviction proceeding: Judith Crowell, ESQ. 127 Dorrance Street Lowwer Level Providence R.I. 02903

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Has not been over one year.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: Decision reversed, expungement of record, 1 million dollars in monetary damages and apology from Lawyer held accountable.

or any other relief to which petitioner may be entitled.

N/A

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 6-30-08 (month, date, year).

Executed (signed) on 6-29-08 (date).

Signature of Petitioner

*(...continued)

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. N/A

IN FORMA PAUPERIS DECLARATION

______________________________

[Insert appropriate court]

* * * * *

FILED
2008 JUL -2 A 9:44
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND