Date: 6-30-08
Case No. 05-17A.

To: Clerk, United States District Court
for Rhode Island
One Exchange Treeace
Providence R.I. 02903

RECEIVED
JUL 02 2008
Property of U.S. District Court
District of Rhode Island

From: William Willis #147722 (#94908)
FB-28-Bottom
Bristol County Sheriff's
400 Faunce Corner Rd.
North Darthmouth, Ma. 02747

CA 08 253S

# Cover Letter

Now comes the petitioner, William Willis, with respect to the Federal Court, The petitioner prays and is seeking relief from a denial of a post-conviction application that was first filed in 2003 in Providence Superior Court.

Through no fault of mine, subsequenty past court appointed attorneys failer to present this Matecal fact and evidence. Left me in peril and struggling to seek to persent the evidence. By filing a motion for newly discovered evidence only to find out it didn't meet "the strict criteria" to establish newly discovered evidence.

Thus, Violated "States Rule 16(A) under Criminal Procedure for Discovery and Inspection"

I can only speculate do to the failure of my past appointed attorneys perculding me from moving forward with the claims and issues raised in the post-conviction and again in the 12A Statment to the ineffective assistance of counsel for the "second time." To further establish my inability to seek relief in the State Court by exhausteding state remendys,

In an attempt to back pedal, forcing the court to believe that I am no longer left facing any arguable issues,

Now the issues before you in the petition, 28 U.S.C. 2254 writ of habeas corpus. There is a matter before this Court that warrants disposition. That did my past appointed counsel violate my right to due proess and consititional rights by not presenting pre-trial evidence as part of discovery "(akin to an alibi defense.)"

Respectfully
[signature] #142722

I only hope I filled it out right the application. Feel free to write if you need more paperwork.