UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM WILLIS | : | |
| | : | |
| v. | : | C.A. No. 08-253S |
| | : | |
| BRISTOL COUNTY | : | |
| SHERIFF'S OFFICE, et al. | : | |

**MEMORANDUM AND ORDER**

In this matter, the Petitioner William Willis ("Willis") filed an Application to Proceed Without Prepayment of Fees and Affidavit on July 2, 2008 (the "Application"). (Document No. 2). The Application has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72. The Application contains a "Notice to Prisoner" portion which directs an incarcerated applicant to obtain a statement certified by an "appropriate institutional officer" of "all receipts, expenditures, and balances during the last six months in your institutional accounts."

In the Application, Willis indicated that he is incarcerated at the "Dartmouth House of Correction," that he is not employed at the prison and that he receives no income from any sources. Willis failed, however, to attach a certified statement of his institutional accounts.

This Court cannot determine whether Willis qualifies to have his Application granted in this case until the proper documentation is received. As stated in the Application, Willis must submit "a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in [his] institutional accounts."

Willis must file the proper documentation concerning his inmate account on or before **August 1, 2008** or risk having his Application denied and this matter dismissed.

SO ORDERED

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
July 8, 2008

BY ORDER:

/s/ Jeannine Noel
Deputy Clerk