# Criminal Docket Sheet Report



**Case ID:** P1-2001-3190A **Description:** WILLIAM WILLIS
**Filing Date:** 17-OCT-2001
**Original Case ID:** 62-2001-06433

**Defendant Name:** WILLIAM WILLIS
**BCI#:** [redacted] **Date of Birth:** [redacted]1968
**Address:** [redacted]

NORTH PROVIDENCE RI 02904

**Police Dept:** RHODE ISLAND STATE POLICE DETECTIVES
**Incarcerated:**

**PROSECUTOR:** JOHN J MCMAHON
**PUBLIC DEFENDER:** M. CHRISTINE O'CONNELL
**PRIVATE ATTORNEY:** DAMON D'AMBROSIO

## Charge Information

**Count:** 1 11-37-8.1 **FIRST DEGREE CHILD MOLESTATION**
**Offense Date:** 01-MAR-2001
**Charge Text:** BETWEEN 3/1/01-3/31/01
**Disposition:** DISMISSED 48A

**Count:** 2 11-37-8.1 **FIRST DEGREE CHILD MOLESTATION**
**Offense Date:** 01-MAR-2001
**Charge Text:** BETWEEN 3/1/01-3/31/01
**Disposition:** DISMISSED 48A

**Count:** 3 11-37-8.1 **FIRST DEGREE CHILD MOLESTATION**
**Offense Date:** 01-MAR-2001
**Charge Text:** BETWEEN 3/1/01-3/31/01
**Disposition:** DISMISSED 48A

**Count:** 4 11-37-8.3 **2ND DEGREE CHILD MOLESTATION**
**Offense Date:** 30-OCT-2002
**Charge Text:** BETWEEN 3/1/01-3/31/01
**Disposition:** NOLO PLEA TO AMENDED CHARGE

**Sentence:** FULL SENTENCE
**Term:** 20 Years
**Start:** 30-OCT-2002
**Judge:** JUDGE CLIFTON
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 8 Years
**Start:** 30-OCT-2002
**Judge:** JUDGE CLIFTON
**Text:** retro to 4-5-01

# Criminal Docket Sheet Report



## Charge Information

**Sentence:** SUSPENDED
**Term:** 12 Years
**Start:** 30-OCT-2002
**Judge:** JUDGE CLIFTON
**Text:**

**Sentence:** PROBATION
**Term:** 12 Years
**Start:** 30-OCT-2002
**Judge:** JUDGE CLIFTON
**Text:**

**Sentence:** NO CONTACT WITH VICTIM
**Term:** 0 Days
**Start:** 30-OCT-2002
**Judge:** JUDGE CLIFTON
**Text:**

**Sentence:** SEX OFFENDER PROGRAM
**Term:** 0 Days
**Start:** 30-OCT-2002
**Judge:** JUDGE CLIFTON
**Text:** def to also register as a sex offender

**Sentence:** TOTAL ASSESSMENTS
**Term:** 0 Days
**Start:** 30-OCT-2002
**Judge:** JUDGE CLIFTON
**Text:** $1414.20

**Count:** 5 11-37-8.3 **2ND DEGREE CHILD MOLESTATION**
**Offense Date:** 01-MAR-2001
**Charge Text:** BETWEEN 3/1/01-3/3101
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** FULL SENTENCE
**Term:** 20 Years
**Start:** 30-OCT-2002
**Judge:** JUDGE CLIFTON
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 8 Years
**Start:** 30-OCT-2002
**Judge:** JUDGE CLIFTON
**Text:** retro to 4/5/01

# Criminal Docket Sheet Report



## Charge Information

**Sentence:** SUSPENDED
**Term:** 12 Years
**Start:** 30-OCT-2002
**Judge:** JUDGE CLIFTON
**Text:**

**Sentence:** PROBATION
**Term:** 12 Years
**Start:** 30-OCT-2002
**Judge:** JUDGE CLIFTON
**Text:**

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## No Contact Orders

| | |
|---|---|
| 05-APR-2001 | NO CONTACT ORDER |
| 07-NOV-2001 | NO CONTACT ORDER |
| 15-FEB-2002 | NO CONTACT ORDER |
| 30-OCT-2002 | NO CONTACT ORDER |

## Bail Information

| | |
|---|---|
| 05-APR-2001 | DEFENDANT HELD WITHOUT BAIL |
| 11-JUN-2001 | SURETY BAIL SET AT $ SURETY OR 10% CASH 25000 W/S HOME CONFINEMENT |
| 07-NOV-2001 | SURETY BAIL SET AT $25000.00 SURETY OR 10% CASH |
| 15-FEB-2002 | SURETY BAIL SET AT $ SURETY OR 10% CASH 10,000 |

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Bail Posted in District Court

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|
| 13-MAR-2003 | MOTION TO APPOINT ATTORNEY | P | PROCACCINI, JUDGE |

## Events

| Date | Event | Judge |
|---|---|---|
| 07-NOV-2001 | **ARRAIGNMENT**<br>DEFT ARRGN & PLEADS NOT GUILTY | KEOUGH, MAGISTRATE |
| 14-NOV-2001 | **DETERMINATION OF ATTORNEY**<br>DEFENSE ATTY TO ENTER | GALE, JUDGE |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 10-DEC-2001 | **MOTIONS**<br>DEFENSE ATTY UNAVAILABLE | KEOUGH, MAGISTRATE |
| 17-DEC-2001 | **MOTIONS**<br>PENDING FURTHER INVESTIGATION | GALE, JUDGE |
| 08-JAN-2002 | **MOTIONS**<br>PENDING FURTHER INVESTIGATION | GALE, JUDGE |
| 15-JAN-2002 | **MOTION TO REDUCE BAIL**<br>PASSED | GALE, JUDGE |
| 24-JAN-2002 | **MOTIONS**<br>DEFENSE NOT READY | GALE, JUDGE |
| 31-JAN-2002 | **MOTIONS**<br>DEFENSE ATTY ON TRIAL OTH CT | GALE, JUDGE |
| 07-FEB-2002 | **PRE-TRIAL CONFERENCE**<br>PENDING FURTHER INVESTIGATION | DIMITRI, JUDGE |
| 08-FEB-2002 | **MOTION TO SET BAIL**<br>DEFENDANT NOT ON HABEAS | GALE, JUDGE |
| 15-FEB-2002 | **MOTION TO SET BAIL**<br>GRANTED | GALE, JUDGE |
| 07-MAR-2002 | **PRE-TRIAL CONFERENCE**<br>PROSECUTOR UNAVAILABLE | DIMITRI, JUDGE |
| 21-MAR-2002 | **PRE-TRIAL CONFERENCE**<br>NOTIFICATION PROBLEM | CLIFTON, JUDGE |
| 21-MAR-2002 | **MOTION TO REDUCE BAIL**<br>PASSED | GALE, JUDGE |
| 28-MAR-2002 | **PRE-TRIAL CONFERENCE**<br>CONSIDERATION OF DISPOSITION | KEOUGH, MAGISTRATE |
| 04-APR-2002 | **PRE-TRIAL CONFERENCE**<br>PENDING FURTHER INVESTIGATION | DIMITRI, JUDGE |
| 12-APR-2002 | **PRE-TRIAL CONFERENCE**<br>PENDING FURTHER INVESTIGATION | DIMITRI, JUDGE |
| 26-APR-2002 | **PRE-TRIAL CONFERENCE**<br>CASE PASSED FOR TRIAL | DIMITRI, JUDGE |
| 06-MAY-2002 | **MOTIONS**<br>GRANTED | GALE, JUDGE |
| 30-MAY-2002 | **TRIAL**<br>STATE NOT READY | DIMITRI, JUDGE |
| 07-JUN-2002 | **PETITION WRIT HABEAS CORPUS**<br>PASSED | GALE, JUDGE |
| 27-JUN-2002 | **TRIAL**<br>DEFENSE ATTY ON TRIAL OTH CT | KEOUGH, MAGISTRATE |
| 15-JUL-2002 | **STATUS CONFERENCE**<br>CASE PASSED FOR TRIAL | DIMITRI, JUDGE |
| 16-SEP-2002 | **MOTIONS**<br>PENDING FURTHER INVESTIGATION | PROCACCINI, JUDGE |

# Criminal Docket Sheet Report

P1-2001-3190A

## Events

| Date | Event | Judge |
|---|---|---|
| 24-SEP-2002 | **MOTIONS**<br>ZZZ PASSED | PROCACCINI, JUDGE |
| 22-OCT-2002 | **TRIAL**<br>ADD TO READY TRIAL CALENDAR | INDEGLIA, JUDGE |
| 30-OCT-2002 | **TRIAL**<br>BY CONSENT,CHARGE IS AMENDED | CLIFTON, JUDGE |
| 19-NOV-2002 | **MOTIONS**<br>ZZZ PASSED | THOMPSON, JUDGE |
| 27-JUN-2003 | **DETERMINATION OF ATTORNEY**<br>DEFT REFERRED PUBLIC DEFENDER | CLIFTON, JUDGE |
| 27-JUN-2007 | **MOTION**<br>DENIED | CLIFTON, JUDGE |

## Case Jackets

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Case Evidence

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 05-APR-2001 | COMPLAINT FILED | |
| 05-APR-2001 | FELONY INITIAL APPEARANCE | |
| 05-APR-2001 | DEFENDANT HELD WITHOUT BAIL | |
| 05-APR-2001 | WANT OF BAIL DEFT IS COMMITTED | |
| 05-APR-2001 | DEFT REFERRED PUBLIC DEFENDER | |
| 05-APR-2001 | NO CONTACT ORDER | |
| 09-APR-2001 | REFERRED TO GRAND JURY | |
| 12-APR-2001 | COMPLETED | |
| 19-APR-2001 | CONTINUED FOR FURTHER HEARING | |
| 26-APR-2001 | CONTINUED FOR FURTHER HEARING | |
| 07-MAY-2001 | COMPLETED | |
| 14-MAY-2001 | CONTINUED FOR FURTHER HEARING | |
| 29-MAY-2001 | CONTINUED FOR FURTHER HEARING | |
| 05-JUN-2001 | CONTINUED FOR FURTHER HEARING | |
| 11-JUN-2001 | COMPLETED | |
| 11-JUN-2001 | SURETY BAIL SET | AT $ SURETY OR 10% CASH<br>25000 W/S<br>HOME CONFINEMENT |
| 18-JUN-2001 | COMPLETED | |
| 17-OCT-2001 | INDICTMENT FILED<br>**Affiliated Party:** STATE OF RHODE ISLAND | |
| 25-OCT-2001 | ENTRY OF APPEARANCE BY P.D. | |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 31-OCT-2001 | MOTION EXCULPATORY EVIDENCE<br>**Affiliated Party:** WILLIS, WILLIAM | |
| 31-OCT-2001 | MOTION DISCOVERY/INSPECTION<br>**Affiliated Party:** WILLIS, WILLIAM | |
| 07-NOV-2001 | DEFT ARRGN & PLEADS NOT GUILTY | |
| 07-NOV-2001 | COURT TO APPNT PRIVATE COUNSEL | |
| 07-NOV-2001 | SURETY BAIL SET | AT $25000.00 SURETY OR 10% CASH |
| 07-NOV-2001 | WANT OF BAIL DEFT IS COMMITTED | |
| 07-NOV-2001 | NO CONTACT ORDER | |
| 07-NOV-2001 | ORDER FOR GRAND JURY TAPES | |
| 14-NOV-2001 | DEFENSE ATTY TO ENTER | |
| 27-NOV-2001 | MOTION EXCULPATORY EVIDENCE<br>**Affiliated Party:** WILLIS, WILLIAM | |
| 27-NOV-2001 | MOT TO FURN EVID FAVOR ACCUSED<br>**Affiliated Party:** WILLIS, WILLIAM | |
| 27-NOV-2001 | MOT FOR STATEMENT PROM,REW,IND<br>**Affiliated Party:** WILLIS, WILLIAM | |
| 27-NOV-2001 | MOTION FOR BILL OF PARTICULARS<br>**Affiliated Party:** WILLIS, WILLIAM | |
| 27-NOV-2001 | MOTION DISCOVERY/INSPECTION<br>**Affiliated Party:** WILLIS, WILLIAM | |
| 03-DEC-2001 | RSP DEFT REQ DSCVY/INSPEC | |
| 04-DEC-2001 | REQUEST DISCOVERY AND ALIBI | |
| 10-DEC-2001 | DEFENSE ATTY UNAVAILABLE | |
| 12-DEC-2001 | RECEIPT FOR GRAND JURY TAPES | |
| 17-DEC-2001 | PENDING FURTHER INVESTIGATION | |
| 17-DEC-2001 | MOTION<br>**Affiliated Party:** WILLIS, WILLIAM | to be admitted to bail |
| 08-JAN-2002 | PENDING FURTHER INVESTIGATION | |
| 15-JAN-2002 | PASSED | |
| 24-JAN-2002 | DEFENSE NOT READY | |
| 31-JAN-2002 | DEFENSE ATTY ON TRIAL OTH CT | |
| 07-FEB-2002 | PENDING FURTHER INVESTIGATION | |
| 08-FEB-2002 | DEFENDANT NOT ON HABEAS | |
| 15-FEB-2002 | GRANTED | |
| 15-FEB-2002 | SURETY BAIL SET | AT $ SURETY OR 10% CASH 10,000 |
| 15-FEB-2002 | NO CONTACT ORDER<br>**Affiliated Party:** RHODE ISLAND COURTS | |
| 15-FEB-2002 | REMANDED TO THE ACI | |
| 15-FEB-2002 | WANT OF BAIL DEFT IS COMMITTED | upon posting of bail def is released to home confinement |
| 07-MAR-2002 | PROSECUTOR UNAVAILABLE | |
| 07-MAR-2002 | ENTRY OF APPEARANCE<br>**Affiliated Party:** D'AMBROSIO, DAMON | |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 12-MAR-2002 | MOTION TO REDUCE BAIL | |
| | **Affiliated Party:** WILLIS, WILLIAM | |
| 12-MAR-2002 | PET WRIT OF HABEAS CORPUS | |
| | **Affiliated Party:** WILLIS, WILLIAM | |
| 21-MAR-2002 | NOTIFICATION PROBLEM | |
| 21-MAR-2002 | DEFENSE ATTY UNAVAILABLE | |
| 21-MAR-2002 | PASSED | |
| 27-MAR-2002 | ORDER ENTERED | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 28-MAR-2002 | CONSIDERATION OF DISPOSITION | |
| 04-APR-2002 | PENDING FURTHER INVESTIGATION | |
| 12-APR-2002 | PENDING FURTHER INVESTIGATION | |
| 26-APR-2002 | CASE PASSED FOR TRIAL | |
| 01-MAY-2002 | MOTION FOR RELEASE | OF COUNSEL |
| | **Affiliated Party:** WILLIS, WILLIAM | |
| 01-MAY-2002 | MOTION TO APPOINT ATTORNEY | |
| | **Affiliated Party:** WILLIS, WILLIAM | |
| 06-MAY-2002 | ORAL MOTION EVENT | to appt attorney |
| 06-MAY-2002 | DENIED | |
| 06-MAY-2002 | GRANTED | |
| 06-MAY-2002 | ORDER ENTERED | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 28-MAY-2002 | PET WRIT OF HABEAS CORPUS | |
| | **Affiliated Party:** WILLIS, WILLIAM | |
| 30-MAY-2002 | STATE NOT READY | |
| 31-MAY-2002 | MOTION FOR CONTINUANCE | |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 07-JUN-2002 | PASSED | |
| 27-JUN-2002 | MOTION FOR CONTINUANCE | |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 27-JUN-2002 | DEFENSE ATTY ON TRIAL OTH CT | |
| 08-JUL-2002 | MOTION TO SUPPRESS | statements |
| | **Affiliated Party:** WILLIS, WILLIAM | |
| 08-JUL-2002 | MOTION TO SUPPRESS | statement of apology |
| | **Affiliated Party:** WILLIS, WILLIAM | |
| 08-JUL-2002 | MOTION TO SUPPRESS | physical evidence |
| | **Affiliated Party:** WILLIS, WILLIAM | |
| 08-JUL-2002 | MOTION IN LIMINE | |
| | **Affiliated Party:** WILLIS, WILLIAM | |
| 15-JUL-2002 | CASE PASSED FOR TRIAL | |
| 26-JUL-2002 | ORDER ENTERED | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 09-SEP-2002 | MOTION FOR RELEASE | |
| | **Affiliated Party:** WILLIS, WILLIAM | |

# Criminal Docket Sheet Report

P1-2001-3190A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 09-SEP-2002 | MOTION TO APPOINT ATTORNEY<br>**Affiliated Party:** WILLIS, WILLIAM | |
| 16-SEP-2002 | PENDING FURTHER INVESTIGATION | |
| 24-SEP-2002 | ZZZ PASSED | |
| 07-OCT-2002 | DATE VACATED BY JUDGE | |
| 14-OCT-2002 | DATE VACATED BY JUDGE | |
| 22-OCT-2002 | ADD TO READY TRIAL CALENDAR | |
| 28-OCT-2002 | MOTION TO REDUCE BAIL<br>**Affiliated Party:** WILLIS, WILLIAM | |
| 28-OCT-2002 | MOTION FOR SPEEDY TRIAL<br>**Affiliated Party:** WILLIS, WILLIAM | |
| 29-OCT-2002 | MOTION TO SUPPRESS EVENT | |
| 29-OCT-2002 | DENIED | |
| 29-OCT-2002 | EXHIBITS WITHDRAWN | |
| 30-OCT-2002 | BY CONSENT,CHARGE IS AMENDED | |
| 30-OCT-2002 | DEFN RETRACTS PLEA/NOT GUILTY | |
| 30-OCT-2002 | DEFENDANT RE-ARRAIGNED | |
| 30-OCT-2002 | PRE-SENTENCE REPORT WAIVED | |
| 30-OCT-2002 | CERTIFICATE OF JUDGE<br>**Affiliated Party:** RHODE ISLAND COURTS | |
| 30-OCT-2002 | NO CONTACT ORDER<br>**Affiliated Party:** RHODE ISLAND COURTS | |
| 30-OCT-2002 | 48A DISMISSAL FILED<br>**Affiliated Party:** STATE OF RHODE ISLAND | |
| 30-OCT-2002 | JUDGMENT OF CONVICTION ENTERED<br>**Affiliated Party:** RHODE ISLAND COURTS | |
| 30-OCT-2002 | DISPOSED/SENTENCED<br>**Affiliated Party:** WILLIS, WILLIAM | |
| 19-NOV-2002 | ZZZ PASSED | |
| 25-NOV-2002 | DATE VACATED BY JUDGE | |
| 24-FEB-2003 | MOTION TO APPOINT ATTORNEY<br>**Affiliated Party:** WILLIS, WILLIAM | |
| 24-FEB-2003 | PET WRIT OF HABEAS CORPUS<br>**Affiliated Party:** WILLIS, WILLIAM | |
| 24-FEB-2003 | MOT PROCEED IN FORMA PAUPERIS<br>**Affiliated Party:** WILLIS, WILLIAM | |
| 19-MAR-2003 | LETTER FILED<br>**Affiliated Party:** RHODE ISLAND COURTS | |
| 27-JUN-2003 | DEFT REFERRED PUBLIC DEFENDER | |
| 11-SEP-2003 | ORD W/D EXHIBITS/TRANSCRIPTS<br>**Affiliated Party:** RHODE ISLAND COURTS | |
| 06-JUN-2007 | PET WRIT OF HABEAS CORPUS<br>**Affiliated Party:** WILLIS, WILLIAM | Pro Se |
| 11-JUN-2007 | DATE DELETED | see c/n of 6-11-07 changing date |
| 13-JUN-2007 | FILE REC'D FROM RECORD CENTER | |

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 27-JUN-2007 | DENIED | |