STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

---

Case ID: PM-2003-3253 WILLIAM WILLIS V A T WALL DIRECTOR

Filing Date: 06-17-2003 Case Type: POST CONVICTION RELIEF
Case Status: SUPREME COURT APPEAL Status Date: 12-09-2005

---

Plaintiff: WILLIAM WILLIS Attorney: JUDITH CROWELL
ID: [redacted]
Defendant: PATRICK LYNCH Attorney: ATTORNEY GENERAL
ID: [redacted]
Defendant: A WALL Attorney: CRAIG MONTECALVO
ID: [redacted] Attorney: ATTORNEY GENERAL

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 06-16-2005 | MOTION TO APPOINT ATTORNEY | W ZW | CLIFTON |
| | GRANTED | | |
| | COURT TO APPNT PRIVATE COUNSEL | Judith Crowell Appointed | |
| | APP POST CONVICTION RELIEF | memo due by defense counsel by 7/28/05 as to defendants claim of newly discovered evidence and reconsideration as to re-hearing of defns state, state's memo due 9/8/05 hearing for new evidence 9/21/05. | |
| 09-21-2005 | APP FOR POST-CONVICTION RELIEF | W CRT3 | CLIFTON |
| | PENDING FURTHER INVESTIGATION | | |
| 10-24-2005 | APP FOR POST-CONVICTION RELIEF | W CRT3 | CLIFTON |
| | STATE NOT READY | SUBPOENA AS TO MELISSA MASTROFINE TO REMAIN IN FULL FORCE AND EFFECT | |
| 10-24-2005 | EVIDENTIARY HEARING | W CRT3 | CLIFTON |
| | STATE NOT READY | | |
| 11-21-2005 | APP FOR POST-CONVICTION RELIEF | W CRT3 | CLIFTON |
| | CASE NOT REACHED | | |
| 11-21-2005 | EVIDENTIARY HEARING | W CRT3 | CLIFTON |
| | CASE NOT REACHED | | |
| 11-29-2005 | APP FOR POST-CONVICTION RELIEF | W CRT3 | CLIFTON |
| | CONTINUED FOR FURTHER HEARING | | |
| 11-29-2005 | EVIDENTIARY HEARING | W CRT3 | CLIFTON |
| | HEARING PROCEEDS | WITNESSES SWORN, CONT'D TO 12/6/05 | |
| 12-06-2005 | APP FOR POST-CONVICTION RELIEF | W CRT3 | CLIFTON |
| | DENIED | | |
| 12-06-2005 | EVIDENTIARY HEARING | W CRT3 | CLIFTON |
| | HEARING PROCEEDS & CONCLUDES | COURT DENIES POST-CONVICTION RELIEF AS TO NEWLY DISCOVERED EVICENCE, CASE & PAPERS MAY BE REMANDED TO SUPREME COURT. WILLIAM WILLIS REMANDED TO ACI | |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PM-2003-3253 WILLIAM WILLIS V A T WALL DIRECTOR

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|
| 01-26-2006 | | SUPREME COURT | |
| Reason: | TRANSFER TO SUPREME COURT | | |

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-19-2003 | LETTER FILED | |
| 06-17-2003 | COMPLAINT FILED | |
| 06-17-2003 | APP POST CONVICTION RELIEF | FILE TO CLIFTON J |
| 06-17-2003 | COMPLAINT FILED | |
| 06-27-2003 | DEFENSE ATTY ON THIS CALENDAR | CONT TO 7-11-03 FOR DETERMINATION OF ATTORNEY. PFI. REMANDED TO ACI. JUSTICE: EDWARD CLIFTON |
| 06-27-2003 | DEFENSE ATTY ON THIS CALENDAR | CONVERSION -EVENT HISTORY- JUDGE CLIFTON |
| 07-11-2003 | DEFENSE ATTY ON THIS CALENDAR | CONTINUED FOR DETERMINATION OF ATTORNEY ON 8-1-03. PENDING FURTHER INVESTIGATION. REMANDED TO ACI. |
| 07-11-2003 | DEFENSE ATTY ON THIS CALENDAR | CONVERSION -EVENT HISTORY- |
| 07-22-2003 | DEFENSE ATTY ON THIS CALENDAR | NEXT SCHEDULED DATE 8-1-03. |
| 08-01-2003 | DEFENSE ATTY ON THIS CALENDAR | CONT TO 9-8-03 PENDING FURTHER INVESTIGATION. RICK CORLEY WILL NOT BE ABLE TO BE COURT APPT. LEO MANFRED TO BE COURT APPT ON THIS CASE JUSTICE: EDWARD CLIFTON |
| 08-01-2003 | DEFENSE ATTY ON THIS CALENDAR | CONVERSION -EVENT HISTORY- JUDGE CLIFTON |
| 08-06-2003 | DEFENSE ATTY ON THIS CALENDAR | CONTINUED FOR HEARING FOR DETERMINATION OF ATT ON 9-8-03. |
| 09-05-2003 | DEFENSE ATTY ON THIS CALENDAR | HEARING FOR 9-8-03 |
| 09-08-2003 | DEFENSE ATTY ON THIS CALENDAR | KENNETH VALE APPOINTED JUSTICE: EDWARD CLIFTON |
| 09-08-2003 | ENTRY OF APPEARANCE | FOR PLAINTIFF ENTRY ATTORNEY: KENNETH VALE |
| 09-08-2003 | DEFENSE ATTY ON THIS CALENDAR | CONVERSION -EVENT HISTORY- JUDGE CLIFTON |
| 11-18-2003 | MEMORANDUM FILED | OF DEFENSE COUNSEL OF LAW IN SUPPORT OF MTW AS ATTY OF RECORD****FILED IN 6TH FLOOR VAULT***** |
| 11-18-2003 | MOTION TO WITHDRAW | *******NOT A MTN DAY******* |
| 11-18-2003 | ORDER, MOT TO WTHDRW APPEAR | KENNETH C VALE ESQ IS WITHDRAWING AS COUNSEL FOR DFT JUSTICE: EDWARD CLIFTON |
| 11-18-2003 | GRANTED | |
| 12-01-2003 | APP POST CONVICTION RELIEF | CONT TO 01-26-04 FOR PCR HEARING. OEN. REMANDED ACI JUSTICE: |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PM-2003-3253 WILLIAM WILLIS V A T WALL DIRECTOR

| | | |
|---|---|---|
| | | EDWARD CLIFTON |
| 12-01-2003 | APP POST CONVICTION RELIEF | CONVERSION -EVENT HISTORY- JUDGE CLIFTON |
| 01-26-2004 | APP POST CONVICTION RELIEF | CONT TO 03-01-04 FO STATES MSJ. PFI. BEFORE JUDGE CLIFTON. REMANDED ACI JUSTICE: EDWARD CLIFTON |
| 01-26-2004 | RESPONSE | OF STATE'S RESPONSE TO PETITIONER'S MTW & MEM |
| 01-26-2004 | APP POST CONVICTION RELIEF | CONVERSION -EVENT HISTORY- JUDGE CLIFTON |
| 02-26-2004 | LETTER FILED | REGARDING SUMMARY REQUEST FILED BY DEFT |
| 03-01-2004 | APP POST CONVICTION RELIEF | EVIDENTIARY HERING CONT TO 5-3-04; DEFT REMANDED TO ACI; STATE REQUESTS 2 WKS TO RESPOND TO DEFTS REQUEST; CT WILL NOT APPT. SUCCESSOR COUNSEL; JUSTICE: EDWARD CLIFTON |
| 03-01-2004 | SEE COMMENTS | DEFT HAS UNTIL 5-1-04 PRECURE HIS WITNESSES; WITNESSES ARE EXPECTED TO BE HERE ON 5-3-04; DEFT TO FILE DMOTION TO REQUEST TRANSCRIPTS JUSTICE: EDWARD CLIFTON |
| 03-01-2004 | MOTION FOR SUMMARY JUDGMENT | CONVERSION -EVENT HISTORY- JUDGE CLIFTON |
| 03-15-2004 | AFFIDAVIT FILED | & REQUEST FOR TRANSCRIPT OF DFT |
| 03-15-2004 | WITNESS SUBPOENA | 4 FILED |
| 03-16-2004 | ORDER ENTERED | ********SEE ORDER FOR DETAILS******* JUSTICE: EDWARD CLIFTON |
| 03-16-2004 | GRANTED | |
| 03-29-2004 | MEMORANDUM FILED | SUPPLEMENTAL BY STATE IN OPPOSITION TO POST CONVICTION RELIEF |
| 04-05-2004 | MOTION TO APPOINT ATTORNEY | OF PLF |
| 04-05-2004 | MEMORANDUM FILED | OF STATE SUPPLEMENTAL IN IPPOSITION TO DFTS MTN FOR POST-CONVICTION REL IEF |
| 04-05-2004 | MOTION | FOR TRANSCIPTS & SUBPOENAS. CONT TO 05-03-04 FOR EVIDENTARY HEARING. RE MANDED ACI JUSTICE: EDWARD CLIFTON |
| 04-05-2004 | DENIED | |
| 04-05-2004 | MOTION | CONVERSION -EVENT HISTORY- JUDGE CLIFTON |
| 05-03-2004 | OTHER DOCUMENT | CONT TO 07-12-04 FOR MTN FOR TRANSCRIPT. REMANDED ACI***SEE BOTTOM OF C LERK NOTE WHY MTNS WERE DENIED & APPLICATION FOR PCR IS DENIED**** JUSTICE: EDWARD CLIFTON |
| 05-03-2004 | OTHER DOCUMENT | CONVERSION -EVENT HISTORY- JUDGE CLIFTON |
| 06-10-2004 | ORDER ENTERED | MTN FOR POST CONVICTION RELIEF JUSTICE: EDWARD |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PM-2003-3253 WILLIAM WILLIS V A T WALL DIRECTOR

| | | |
|---|---|---|
| | | CLIFTON |
| 06-10-2004 | DENIED | |
| 07-12-2004 | MOTION | FOR TRANSCRIPTS. REMANDED ACI JUSTICE: EDWARD CLIFTON |
| 07-12-2004 | DENIED | |
| 07-12-2004 | MOTION | CONVERSION -EVENT HISTORY- JUDGE CLIFTON |
| 05-13-2005 | MOTION TO APPOINT ATTORNEY | OF DFT |
| 05-13-2005 | MOTION | TO PROCEED PRO-SE OF DFT |
| 05-13-2005 | PETITION FILED | FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM OF DFT |
| 05-25-2005 | CASE TRANS WASHINGTON CTY | |
| 05-27-2005 | CASE REC'D FROM PROVIDENCE CTY | |
| 05-27-2005 | LETTER FILED | COPY TO JUDITH CROWELL FROM JUDGE CLIFTON |
| 05-31-2005 | LETTER FILED | FROM JUDITH CROWELL |
| 06-09-2005 | LETTER FILED | TO JUDGE CLIFTON FROM DEFN W/COPY OF LETTER FROM M[redacted] M[redacted] |
| 06-16-2005 | GRANTED | |
| 06-16-2005 | COURT TO APPNT PRIVATE COUNSEL | Judith Crowell Appointed |
| 06-16-2005 | APP POST CONVICTION RELIEF | memo due by defense counsel by 7/28/05 as to defendants claim of newly discovered evidence and reconsideration as to re-hearing of defns state, state's memo due 9/8/05 hearing for new evidence 9/21/05. |
| 06-16-2005 | ENTRY OF APPEARANCE | COURT APPOINTED COUNSEL Affiliated: CROWELL, JUDITH |
| 07-28-2005 | MOTION EXTENSION OF TIME | to file memorandum by Attn Judith Crowell - GRANTED |
| 07-28-2005 | ORD MOTION FOR EXTEN OF TIME | CLIFTON,J. |
| 08-15-2005 | MEMORANDUM FILED | IN SUPPORT OF PETITIONER'S APPLICATION TO REOPEN APPLICATION FOR POSTCONVICTION RELIEF Affiliated: WILLIS, WILLIAM |
| 09-15-2005 | MOTION | DATE PASSED |
| 09-21-2005 | PENDING FURTHER INVESTIGATION | |
| 09-21-2005 | MOTION TO TAKE DEPOSITION | Affiliated: WILLIS, WILLIAM |
| 09-21-2005 | PASSED | |
| 09-26-2005 | OBJECTION FILED | by state to defn's mot to take depostion |
| 09-28-2005 | MEMORANDUM FILED | SUPPLEMENTAL IN SUPPORT OF APPLICATION TO REOPEN APPLICATION FOR POST COV RELIEF Affiliated: WILLIS, WILLIAM |
| 10-24-2005 | STATE NOT READY | |
| 10-24-2005 | STATE NOT READY | SUBPOENA AS TO M[redacted] MA[redacted] TO REMAIN IN |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PM-2003-3253 WILLIAM WILLIS V A T WALL DIRECTOR

| | | |
|---|---|---|
| | | FULL FORCE AND EFFECT |
| 10-24-2005 | WITNESS SUBPOENA | RETURNED/RETURN OF SERVICE ON M[redacted] M[redacted] |
| 11-21-2005 | CASE NOT REACHED | |
| 11-21-2005 | CASE NOT REACHED | |
| 11-29-2005 | HEARING PROCEEDS | WITNESSES SWORN, CONT'D TO 12/6/05 |
| 11-29-2005 | CONTINUED FOR FURTHER HEARING | |
| 11-29-2005 | EXHIBITS FILED IN CASE | 1 ENVELOPE |
| 12-06-2005 | HEARING PROCEEDS & CONCLUDES | COURT DENIES POST-CONVICTION RELIEF AS TO NEWLY DISCOVERED EVICENCE, CASE & PAPERS MAY BE REMANDED TO SUPREME COURT. WILLIAM WILLIS REMANDED TO ACI |
| 12-06-2005 | DENIED | |
| 12-06-2005 | ORDER ENTERED DURING DISCOV | CLIFTON,J—— Affiliated: RHODE ISLAND COURTS |
| 12-09-2005 | NOTICE OF APPEAL SUPREME COURT | PLTF APPEALS DENIAL OF PCR FROM 12-06-05; COPIES SENT TO AORS & SUPREME CT.; TRANSCRIPT WILL BE ORDERED;CLIFTON,J Affiliated: WILLIS, WILLIAM |
| 12-09-2005 | NOTICE OF APPEAL FEE | |
| 12-09-2005 | ORDER ENTERED | CLIFTON,J——GRANTED——PETITIONERS MOT FOR TRANSCRIPTS AT STATE EXPENSE Affiliated: RHODE ISLAND COURTS |
| 12-12-2005 | Payment Applied | A Payment of -$150.00 was made on receipt SCP216802. |
| 12-14-2005 | CASE TRANSFERRED PROV CTY | ONE FOLDER——ONE ENVELOPE OF EXHIBITS IN CASE—— |
| 12-15-2005 | CASE REC'D FROM WASHINGTON CTY | |
| 01-12-2006 | COMPLETED TRANSCRIPT FILED | |
| 01-24-2006 | ORDER ENTERED | FOR POST CONVICTION RELIEFDENIEDCLIFTON,J |
| 01-26-2006 | CASE CERTIFIED TO SUPREME CT | 1 FOLDER |
| 07-05-2006 | SUBPOENA DUCES TECUM | AS TO JOSEPH SEYMORE |