# United States District Court
# For the District of Rhode Island

William Willis C.A. No: 08-2535

v.

Sheriff Thomas Hodgson

## Petitioner's Objection to States Memorandum of law to dismiss Petitioner's Writ Of Habeas Corpus Motion

Now comes the petitioner, William Willis, who object's to the States Objection. With respect to the United State District Court of Rhode Island. The Petitioner will try to answer the States Memorandum objection the best I can and be as truthfuly

as possible in doing so.

Part one.: The question asked was why it took me to file the motion (Petition) under the limitations claws. (1) I was waiting to get my final judgment from (Clifton) and I didn't know I had a time limit of one-year to file a writ of habeas corpus under the "28 USC 2244 (d)(1) or 2254 petition with a final judgment. I only just learned that a final judgment was inter on June 5, 2008 in a letter I received from my attroney James T. McCormick in forming me that he was looking for me at the A.C.I.

and he was informed I went to Mass. I wrote Mr. McCormick from Dartmouth House of Correction one was when I frist arived and two or three after that. I got no responds and then I find ont Mr. McCormick was no longer my attorney. I will send copys of these letter to show why it took me so long to file my application.

To seek relief from my denial of Post-conviction relief. My former counsel in turn asked the court to withdraw, leaving me in penil and struggling to seek a proper and purposeful remedy.

Second: As to exhausting all my state remedies I was told back then at my post-conviction hearing I was denid under "Shatney" because I didn't present any evidence and when I try the State keep pushing the suppressing hearing on me stating I already had a hearing to present the evidence. That was latter presented through 'Mrs. Corrwell' who represented me on the 'frist appeal' that the state says they have no recod of but was giving a docket number for and a letter from the state objecting me counsel. Repersenting me on my appeal the frist time

I also have a letter from the Clerks office signed by "Pamela Woodcock Pfeiffer, Esq. Clerk R I Supreme Court" as to say I must file and appeal on my denial from the post-conviction I I filed it in a timely maner the frist appeal was filed on "May 5, 2004" from that I was appointed Mrs. Corrwell when I filed a motion for appointment of counsel at appellant level to which Mrs. Corrwell tryed to withdraw on "March 26, 2005". I put a motion objecting to let counsel with-drawing. In atempt to present the

proferred evidence that I tryed to present at my post-conviction hearing and was denied the motions I filed pro-se and was denied the transcript of my post-conviction hearing to have to state of Rhode Island proivide me copys of and on May 3, 2004 I was denied post-conviction relief. Befor (Clifton) Order granting my motions on March 16, 2004 for four subpoena's and Transcripts and one of the subpoena's was for the eyewitness and denied me my con-sititional right under the R.I.G.L. 10-9.1-1 of post-conviction proceding byway of

away to sever said subpoena's knowing I would have no way to find them to sever the subpoena's after almost two years of being lockup at the A.C.I.. Which is guaranteed the post-convition procedings I am allowed to call witnesses at a post-conviction hearing to prove my case and if you don't deliever the subpoena's knowing on the next court date on one would be there on May 3 2004 when the hearing was schaduled and on one shows up I you cann't prove your case.

Certification
28 U.S.C. 1746

I hereby certify that on the 01 day of August 2008, I placed a copy of within documents in the U.S. mail, postage prepaid, to Clerk's, United State District Court of Rhode Island, One Exchange Terrace, Providence, Rhode Island, 02903

Respectfully

#147722
FB-28-Bottom
Bristol County Sheriff's
400 Faunce Corner Rd.
North Dartmouth, Ma.
02747