EXHIBIT 1

Back round

Secondpart: The material facts are as follows yes I was convicted of two counts of Second degree child molestation a mened as one Count in which I received twenty years and I served eight years and now I have twelve years suspended and twelve years probation.

part one: On October 29, 2002 I have had a suppression hearing at which time I sott to present evidence to discredit the statment I made to police. My attroney Mr. D'Ambrosio' refused to present the evidence at the suppression hearing. Seeing I filed motion pro-se on Dec 4, 2001 evidence being the eyewitness testimony and the Medcial evidence of a vasectomy and a doctors

a pointment two or three day after said alleged molestation to see if I was healing from the surgery and the stiches. That would have been Mr. Wong testimony. I had the surgery six days before the alleged crime and I saw the doctor three day after to check for rippage or hematoma, There was none.

Now to the eyewitness who was suppost to testify at the suppression hearing after the break when the hearing resoomed I was then told by 'Mr. D'Ambrosio' that he sent my eyewitness home because had he had no intention of the eyewitness testifing. It would cernitly proved that I lied and gave

a fales statment to begin with.

Now the letter of apology that was alleged I wrote, "I didn't write no letter to anyone", it's was the officer's who wrote the letter and signed it. If you read the indictment it clearly states that and even-though I didn't sign it but my name ended up on it. It's not my "signature" they alleged that I signed this letter of apology.

Now to the statment I gave to police it is in two parts not like most statments the frist part as you noties is not

here how convient not to have the frist half were I'm dening the charge or the fact that there was a break inbetween and when I tryed to explan what happened at the suppression hear-ing which in all actionly the suppress-ion hearing had nothing to do with the statment it was on the handleing of my arrest not the Statment. When I tryed To explan what went on during the break as to what promted the second half of statment. During the break the officer's threating to charge my older son if I didn't

say I did this crime they said they had mine and my oldest sons DNA and I didn't they would go after my son. The one with the second deal the one you so unneedingly keep pushing at me, not the frist half were I said I was not guilty when the state offer seven years to serve and fourtween suspended and probation. No you done have that part on how I tryed to let Mr. D'Amdorsio go and have him taking off my case in the frist fourty-five minites of the suppression hearing. and was denid.