EXHIBIT 2

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
PROVIDENCE, SC SUPERIOR COURT

William Willis

Vs PM 2003-3253

Ashbel Wall
State of RI

ORDER

This matter came to be heard on May 3, 2004, after multiple earlier hearings as well, on Dec 1, 2003; Jan 26, 2004; Mar 1, 2004;Apr 5, 2004, before Justice William Clifton, and after consideration of written submissions, argument and colloquy, it is found that:

1. Petitioner has failed to establish due to lack of evidence, that the Court need determine whether or not the level of service by counsel was below the objective standards under Strickland; and furthermore,
2. There was no evidence that the outcome would have been any different.

It is therefore:

ORDERED, DECREED, ADJUDGED

That petitioner's motion for Post-Conviction relief is hereby denied.

M.K. Rachiele
ORDERED

Clifton, J.
ENTERED 6/10/04
Presented by:
John J McMahon
JJ MCMAHON- AAG

Dated: 6/9/4

Certification

I certify that a copy of this proposed order was mailed this 6/9/4 to William Willis, PO Box 8274, Cranston, RI 02920.

John J McMahon

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK

2004 JUN 10 P 3:30

# Certification
28 U.S.C. 1746

I hereby certify that on the 01 day of August 2008, I placed a copy of within documents in the U.S. mail, postage prepaid, to Clerk's, United State District Court of Rhode Island, One Excharge Treeace, Providence, Rhode Island, 02903

Respectfully
[signature] #147722
FB-28-Bottom
Bristol County Sheriffs
400 Faunce Corner Rd.
North Dartmouth, Ma.
02747

I file my post-conviction application on or about June 4, 2003 and was appointed 'Mr Kenneth Vale' as my attorney to represent my post-conviction application. 'Mr. Vale' veiwed court records didn't investigate anything or present any evidence and withdrew before I even had a chances to ask why he refused to investigate any of the issues raised in the application. I see we don't have any transcripts for that or the Dec. 1, 2003 through April 5, 2004 hearings. I Stated to judge Clifton if you think he

(23)

did his Job the you let him go be-
cause from were I stand he didn't do
what was requiered of him under state
v. Shatney. I argued that 'Mr Vale'
like all the other attorneys didn't investigate
any of my claims raised in the application
and somewhere in this 'Mr.Vale' stated that
I was very admit about someone and
'judge Clifton' still let 'Mr. Vale' file his
'sixty-seven page No-merit memorandum'
even though 'Mr. Vale' clearly notfyed the
court that someone or something was out
there. Then judge Clifton allowed 'Mr. Vale' to

(24)

withdraw.

I was then forced to represent my self pro-se and when I file motions judge Clifton would grant them and the next court date deni them as you can see in exhibit 3-4 the motions granting me suponses and Transcripts, I didn't have anything to show why they denid it other then the transcripts for that hearing on April 5, 2004. To which the state still have. They did however mail me half of the supression hearing transcripts but not the frist hundred seven-five page of transcripts

(25)

that I find disturbingly conviently left out even though the pages start at a hundred seven-six, leaving out half The Facts of that court proceeding.