Exhibit 3

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC. SUPERIOR COURT

WILLIAM WILLIS :
:
VS. : NO.: PM 2003-3253
:
STATE OF RHODE ISLAND :

March 5

ORDER

Petitioner, William Willis, on March 15, 2004, filed *pro se* the following documents with the Clerk of the Superior Court in the above-entitled matter:

1. Affidavit and Request for Transcript;
2. Proposed "Order" granting request for Transcript;
3. Four (4) original witness subpoena's directed to the following individuals, commanding their appearance at a hearing scheduled for May 3, 2004:
   (a) Dianne Malouin,
   (b) Melissa Mastrofine,
   (c) Joseph Seymore, and
   (d) Shirley Seymore.

The above ~~matters~~ requests for will be heard on April 5, 2004, at 9:30 a.m.

ENTER:

[signature]
Edward C. Clifton
Associate Justice

DATED: March 16, 2004

PER ORDER:

M.K Rachiele, deputy
Clerk

CERTIFICATION

I hereby certify that I mailed a copy of the within Order postage prepaid to William Willis, P.O. Box 8274, Cranston, RI 02920 and to John McMahon, Assistant Attorney General, Department of the Attorney General, 150 South Main Street, Providence, Rhode Island 02903 on the 16th day of March, 2004.

Linda Lee Salerno

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2004 MAR 16 A 11: 30

DEN