Exhibit 4

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC SUPERIOR COURT

WILLIAM WILLIS

V. PM-03-3253

STATE OF RHODE ISLAND

## STATE'S OBJECTION TO MOTION FOR APPOINTMENT OF COUNSEL

The State of Rhode Island, by and through Patrick C. Lynch, Attorney General, and Laura A. Pisaturo, Assistant Attorney General, objects to Petitioner's request for a court-appointed attorney to represent him in his appeal from the denial of his Application for Post-Conviction Relief. The Court appointed several attorneys for Petitioner in his Post-Conviction Application, each counsel withdrew, and on June 10, 2004 the Court (Clifton, J.) denied Petitioner's Application for Post-Conviction Relief. Petitioner is not entitled to appointed-counsel in his appeal. Louro v. State, 740 A.2d 343 (R.I. 1999).

WHEREFORE, the State asks the Court to deny Petitioner's Motion.

Respectfully submitted,

STATE OF RHODE ISLAND
Patrick C. Lynch
Attorney General

By: Laura A. Pisaturo, #5354
Assistant Attorney General
150 So. Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-2996 FAX

RHODE ISLAND SUPREME COURT

Office of the Clerk

401-222-3272

Licht Judicial Complex
250 Benefit Street
Providence, RI 02903

Janice M. Weisfeld, Esq.
Assistant Public Defender
Office of the Public Defender
100 North Main St., 4th floor
Providence, RI 02903

December 24, 2004

Re: William Willis, Request for Appointment of Counsel
PM/2003-3252/P1-01-3190A

Dear Janice,

I am writing in response to your recent letter to Ron Tutalo concerning the William Willis, who is seeking counsel to represent him on his appeal.

The Supreme Court is unable to consider appointing counsel to represent Mr. Willis until the appropriate motions are filed before the Court. It appears from the document copies enclosed in your letter that Mr. Willis previously filed motions in Superior Court only.

Best regards during the holiday season.

Sincerely,

Pamela Woodcock Pfeiffer, Esq.
Clerk, R.I. Supreme Court

cc: R. Tutalo

Certification
28 U.S.C. 1746

I hereby certify that on the 01 day of August 2008, I placed a copy of within documents in the U.S. mail, postage prepaid, to Clerks, United State District Court of Rhode Island, One Excharge Treeace, Providence, Rhode Island, 02903

Respectfully
[signature] #147722
FB-28-Bottom
Bristol County Sheriffs
400 Faunce Corner Rd.
North Dartmouth, Ma.
02747

Now to exhibit 3. Sexual contact being digital contact could not have been done Medical evidence from Doctor Wong, evidence of the surgery and the appointment a week after to see how the stiches were healing. He noted no heamatoma or rippage around where I was cut open.

So even if the lawyer's did what was requiered even half hearthly looking through due dillenge or fact finding would have discovered the evidence of the surgery six days before the alleged crime.

To the second part of exhibit 3, The

testimony from the eyewitness who puts me on the couch indisposed at the time of alleged crime. Now the eyewitness come forword multiple times on her own and gave statment's to the lawyers. Who sott not to use her testimony after my attroney made me awhere of her and her intentions to testify on my behalf back in dictrict court. Then in superior the day of the suppression hearing when I came back from break. I asked my attroney "Mr. DiAmbrosio" where the eyewitnesses went and "Mr D'Ambrosio" stated he sent

her home and she would not be testify-ing at the hearing today or anyother day. At which point she though the case was over, and I was to be set free. Which point the eyewitnesses left state and move away only to come back and find me in the ACI. The eyewitnesses then sent me a certifed letter question-ing why I was in Jail. I informed her about what happened after the break that my lawyer told me he had no intentions of useing your testimony now or in the furture.

(26)

ON page 8 of 11, Now to the untimely limitation a being untimely saying that I was over one-year in filing this petition. I don't see how you can say that when you took two seperate court date and added them together as one. Also I was not allowed to file any motion intill the courts made the final disposition or judgment by Judge Clifton. I wrote judge Clifton a letter inquring as to current disposition of the 12(A) statment. He wrote me a letter stating he nolonger was

(2))

handleing the case it was in Supreme Court. I recived my answer to the 12(A) statment on May 14, 2007 but didn't recive anything telling me the final disition was unintil "Mr. McCormick" wrote me and informed me of the disition on the 12(A) statment to which I recived a letter telling me on June 5, 2008.

Frist

James T, McCormick
Attorney at Law
suite 330 Shakespeare Hall
128 Dorrance street
Providence Rhode Island 02903.

Date: 7-1-07
case No: 06-0028A

William Willis #94908 Intake
PO Box 8249 B-208-B
Cranston Rhode Island 02920

To: Mr. McCormick,

I have some concernes, I have not heared or received anything from you or the court about the "12A statement" that you filed in February 28, 2007. That was "five mouths ago" do you have an estimated time as to when you will get a final Judgment to reopen the original post-conviction." As of now I can not take the stand in my own defense. They plain to use this case to "secure" a "conviction" over in Mass. I went to court on June 4, 2007 for extradiction and I said no and told them I was not signing anything and asked for a lawyer on this and I have not seen or heared anything on this and I go back the second of July 2007 to see if they got a Governor's warrant.

I filed a pro-se motion for the level that they made me sign when I left Med 1 saying I would Register with the sex offender registration bord, cause they have a frist degree on the paper I was "forced" to sign. I "tryed" to explain this to Honorable Judge Clifton, I don't see how I can get a frist degree out of a second degree and the prosecution agrees

with me that it should read second degree and not frist degree seeing that was what the deal was for. The "Honorable Judg Clifton" quoted RIGL "11-37.1-5 saying that the slash between the frist and second degrees dose not mean that I was convicted of a frist degree charge" but I tryed to explain that when you read it it dose not read that way and when I go to Register the cops will not see it that way. I send you a copy of this document on 5-31-07 and I asked to be brought in on June 14, 2007 and was not brought in until Today and I failed and was denied.

I await your reply as to what is going on in my case and what I should do or not do about the frist degree charge here in Rhode Island.

Respectfully Submitted

[signature] #94908 Intake

PO Box 8249 B-208 Bottom

Cranston Rhode Island 02920

# Certification
28 U.S.C. 1746

I hereby certify that on the 01 day of August 2008, I placed a copy of within documents in the U.S. mail, postage prepaid, to Clerk's, United State District Court of Rhode Island, One Excharge Treeace, Providence, Rhode Island, 02903

Respectfully
[signature] #147722
FB-28-Bottom
Bristol County Sheriff's
400 Faunce Corner Rd.
North Dartmouth, Ma.
02747

Second

Date: 9-14-07
Case No: 06-0028A

James T. McCormick
Attorney At Law
Suite 330 Shakespeare Hall
128 Dorrance street
Providence RI 02903

William Willis #147722 FB-21-Top
Bristol County Sheriffs
Jail House of Confinment
400 Faunce Corner Rd.
Dartmouth, Ma. 02747

To: Mr McCormick

I'm writing you today as to the "status" of the case. I have not recieved or heard anything in sometime on the "12A statement" for "final judgement" to "reopen Original post-conviction". I see from the docket sheet that there has not been any movement either. In fact the last movement showing was when you asked to have "Joseph seymore subpoena". Well did you get him or what and did it help me or my case? Can you please anwsoner these question I'm asking you so I can stay informed as to the status and a breast of what is happening

# Certification
28 U.S.C. 1746

I hereby certify that on the 01 day of August 2008, I placed a copy of within documents in the U.S. mail, postage prepaid, to Clerk's, United State District Court of Rhode Island, One Excharge Treeace, Providence, Rhode Island, 02903

Respectfully
[signature] #147722
FB-28-Bottom
Bristol County Sheriff's
400 Faunce Corner Rd.
North Dartmouth, Ma.
02747

Date: 12-4-07

Case No: 06-0028A

James T. McCormick
Attorney at law
Suite 330 Shakespeace Hall
128 Dorrance Street
Providence R.I. 02903

William Willis #147722 FB-21-Top
Bristol County sheriff's
Jail house of confinment
400 Faunce Corner Rd.
Dartmouth, Ma 02747

TO: Mr. McCormick

I'm writing you today as to the "Status" of the case. I have not [redacted] recieved or heard anything in some time on The "12 A statement" for "final judgement" to reopen the Original post-conuiction and see from the docket sheet that there has been no movement either. The last movement was to "Subpoena Joseph Seymore" Well did you get him or what and did it help me or my case? Can you please answer these question I'm asking you so I can stay informed as to the status and a breast of what is happening.

I await your reply to what I asked In this letter.

# Certification
28 U.S.C. 1746

I hereby certify that on the 01 day of August 2008, I placed a copy of within documents in the U.S. mail, postage prepaid, to Clerk's, United State District Court of Rhode Island, One Exchange Terrace, Providence, Rhode Island, 02903

Respectfully
[signature] #147722
FB-28-Bottom
Bristol County Sheriff's
400 Faunce Corner Rd.
North Dartmouth, Ma.
02747

28

6-3-08

Case No: 06-28-A

To: Clercks Office Supreme Court
250 Benefit St.
Providence R.I. 02903

From: William Willis #147722 (#94908)
FB-28-Bottom
Bristol County Sheriff's
400 Faunce Corner Rd
North Dartmouth, Ma. 02747

To: Supreme Court Clerk:

I'm writting to ask and inquire as to my case. First can you please send me a up to (date docket sheet). Second I would like to know the disposition on the (12A Statment) that is pending in Supreme Court. Thank you for your help in this matter.

Respectfully
[signature] #147722.
FB-28-Bottom

# Certification
28 U.S.C. 1746

I hereby certify that on the 01 day of August 2008, I placed a copy of within documents in the U.S. mail, postage prepaid, to Clerk's, United State District Court of Rhode Island, One Exchange Terrace, Providence, Rhode Island, 02903

Respectfully

[signature] #148722
FB-28 - Bottom
Bristol County Sheriff's
400 Faunce Corner Rd.
North Dartmouth, Ma.
02747

6-3-08

Case No: 06-28-A

To: James T. McCormick
Attorney at Law
Suite 330 Shakespeare Hall
128 Dorrance Street
Providence, R.I. 02903-2814

From: William Willis #147722
FB-28-Bottom
Bristol County Sheriff's
400 Faunce Corner Rd.
North Dartmouth, Ma. 02747

To: Mr. McCormick,

I'm written to inquir as to what has happen on my case. The (12A statment) was there a final disposition or Judgment if any. If so then why wasn't I informed as to what is going on. I wrote Honocalbe Judge Clifton to find out about the final judgment and Judge Clifton informed my that the Supreme Court has my case is currently pending and is on longer pending in Superior Court. Why? My question to you as my attorney

is this. Why have you not try to contact me and keep me "abreat" of my case?

I'm here waiting for my answer on the (12A statment) and find out my case went back to the Supreme Court. So did you file any motions or appeals on my behalf if so can you please provide me copys of them as to date.

I inclose a copy of the letter that I received from Honorable Judge Clifton, mailed me when I wrote him at to when can I receive a answer to the (12 A statment or a final judgment.)

Very Truly Yours
[signature] #147722
FB-28-Bottom

# Certification
28 U.S.C. 1746

I hereby certify that on the 01 day of August 2008, I placed a copy of within documents in the U.S. mail, postage prepaid, to Clerk's, United State District Court of Rhode Island, One Excharge Treeace, Providence, Rhode Island, 02903

Respectfully

[signature] #147722

FB-28-Bottom
Bristol County Sheriff's
400 Faunce Corner Rd.
North Dartmouth, Ma,
02747

6-13-08

To Jamse T. McCormick
Attorney at Law
Suite 330 Shakespeare Hall
128 Dorrance Street
Providence, R.I. 02903-2814

From, William Willis #147722 (#94908)
FB-28-Bottom
Bristol County Sheriff's
400 Faunce Corner Rd.
North Dartmouth, Ma. 02747

To: Mr. McCormick

I received your correspondence on the 12(A) statment summary and the Supreme Court Opinion on the case. I see from the conclusion that the Supreme Court affirm and remaned it back to Superior Court.

Now can you please explan to me were we stand and what do you think we should do. I would like to pursue the case further.

# Certification
28 U.S.C. 1746

I hereby certify that on the 01 day of August 2008, I placed a copy of within documents in the U.S. mail, postage prepaid, to Clerks, United State District Court of Rhode Island, One Exchange Treeace, Providence, Rhode Island, 02903

Respectfully
[signature] # 147722
FB-28-Bottom
Bristol County Sheriff's
400 Faunce Corner Rd.
North Dartmouth, Ma.
02747

I was never told at any time that I could file any of these motions untill now when I received the answer to the 12(A) Statment and was giving a docket number in the Federal Court from the Supreme Court. I though when I got the docket number I was done in State Court and my attroney leaves me in a pairal and being "forced" ones again my attroney withdraws from the case without telling. I can't file for new counsel as it clearly states on the docket sheet when Mrs. Crowell withdraw and was appoint Mr. McCormick from him withdrawing