UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


William Willis,
        Petitioner

v.                                                  C.A. No. 08-253S

Bristol County Sheriff's
Office, et al.
        Respondent


### ORDER


The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on December 4, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Petitioner's objection to the Magistrate Judge's Report and Recommendation is DENIED. Respondent's Motion to Dismiss is GRANTED. This matter is hereby dismissed.

                              By Order,

                              _____
                              Deputy Clerk

ENTER:


_____
William E. Smith
United States District Judge

Date: 1/8/09